# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JUAREZ; JOSE RAFAEL HINOJOSA; JOSE LUIS ESPINOSA; MARIA MORFIN<br><br>Plaintiffs<br><br>vs.<br><br>SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT AND ALEJANDRO BROWN JR, and DOES 1-10.<br><br>Defendants | Case No. 5:19-00169-FMO-SHKx<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

GOOD CAUSE appearing, it is so ordered. This federal claims against defendant Alejandro Brown shall be dismissed without prejudice and the court declines to exercise supplemental jurisdiction over the related state-law claims so that plaintiffs may pursue their state law remedies in the Superior Court.

IT IS SO ORDERED:

Date: November 7, 2022

_____/s/_____
Hon. Fernando M. Olguin
Judge, U.S. District Court

ORDER